UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Bruce Hampton, | File No. 18-CV-541 (DWF/TNL) |
| Plaintiff, | |
| v. | **MOTION TO DISMISS** |
| Michael Kohler, | |
| Defendant. | |

---

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Michael Kohler ("Defendant") hereby moves the Court for an order granting his Motion for Dismissal as to Counts II and III of the Complaint as they fail to state claims for relief under Minnesota law.

This motion will be based upon all the files and records herein, Fed. R. Civ. P. 12(b), and the arguments of counsel at a date and time as the Court may direct.

WHEREFORE, the Defendant respectfully requests that this Court grant his Motion, to be determined upon application to the Court at a time to be set.

Respectfully submitted,

Dated:  March 5, 2018

s/ Christopher J. Harristhal
Christopher J. Harristhal (175754)
John A. Kvinge (0392303)
Larkin Hoffman Daly & Lindgren Ltd.
8300 Norman Center Drive
Suite 1000
Minneapolis, Minnesota 55437
Tel.: (952) 835-3800
charristhal@larkinhoffman.com
jkvinge@larkinhoffman.com

*Attorneys for Defendant Michael Kohler*